UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MOURKOS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GALACTIC ENTERPRISES, LLC,<br><br>　　　　　　Defendant. | Case No. 1:23-cv-01067-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT<br><br>ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE<br><br>ORDER ON STIPULATION REFERRING CASE TO GLOBAL SETTLEMENT CONFERENCE<br><br>(Doc. 6) |

　　Pending before the Court is the parties' stipulation requesting that Defendant be granted an extension of time to file a responsive pleading. (Doc. 6). In addition, the parties request that the Court continue the scheduling conference date, which is currently set for October 16, 2023, and also refer this case to join a global settlement conference in other, related actions. *Id.*

　　On May 11, 2023, during a case management conference for a related matter, *Mondoux v. Galactic Enterprises, LLC*, Case No. 1:23-cv-00217-CDB (*Mondoux*), the parties agreed to a global settlement conference the *Mondoux* case, *Upton Knittle v. Galactic Enterprises, LLC*, Case No. 1:23-cv-00301-CDB and a third related case, *Baron v. Galactic Co., LLC, et al.*, Case

No. 1:22-cv-00957-CDB.  The global settlement conference is scheduled to take place on October 25, 2023, before Magistrate Judge Carolyn K. Delaney.

Based on the parties' representations in the stipulation, and for good cause shown, it is HEREBY ORDERED that Defendant's responsive pleading deadline is extended to **November 15, 2023**.

It is FURTHER ORDERED the scheduling conference currently set for October 16, 2023, is continued to **December 12, 2023**, at 9:00 a.m.

It is FURTHER ORDERED this matter is REFERRED to Magistrate Judge Carolyn K. Delaney for global settlement proceedings to occur on October 25, 2023.  The parties are DIRECTED to review and comply with the settlement parameters set forth in the orders of Judge Delaney available on the dockets of the three related matters identified above.

IT IS SO ORDERED.

Dated:   **August 11, 2023**

UNITED STATES MAGISTRATE JUDGE